# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG WILLIAMS,<br>  Plaintiff, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 22-CV-1203 |
| LARRY S. KRASNER,<br>  Defendant. | : <br> : | |

## ORDER

AND NOW, this 19th day of September, 2022, upon consideration of Craig Williams's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Williams's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**