# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG WILLIAMS,** | : | |
|    Plaintiff, | : | |
| | : | |
|    v. | : | CIVIL ACTION NO. 22-1203 |
| | : | |
| **LARRY S. KRASNER,** | : | |
|    Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of November, 2022, it is hereby **ORDERED** that Plaintiff's motion to proceed in forma pauperis on appeal [Doc. 18] is **DENIED**.

                        **BY THE COURT:**

                        /s/ Jeffrey L. Schmehl
                        **JEFFREY L. SCHMEHL, J.**