IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG WILLIAMS,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION** |
| | **NO. 22-1203** |
| : | |
| **LARRY S. KRASNER,** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this 12th day of September, 2024, it is hereby **ORDERED** that:

1. Defendant's motion to dismiss the amended complaint [Doc. 32] is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to Plaintiff's facial challenges to the constitutionality of section 9545(b)(1)(ii) of the Pennsylvania Post Conviction Relief Act, 42 Pa. Cons. Stat. §9545(b)(1)(ii) and Pennsylvania Rule of Criminal Procedure 902(E)(1).

3. The motion is **DENIED** as to Plaintiff's facial and/or as-applied challenge to the constitutionality of section 708(b)(16) of the Pennsylvania Right-to-Know-Law, 65 Pa. Cons. Stat. § 708 (b)(16).

4. The Defendant shall provide the Court with a status report within 30 days of the date of this Order as detailed in the accompanying Opinion.

                                                **BY THE COURT:**

                                                /s/ Jeffrey L. Schmehl
                                              **JEFFREY L. SCHMEHL, J.**